UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KERVIN JEANTY,<br><br>       Plaintiff,<br><br> -against-<br><br>UNITED PARCEL SERVICE; CAROL B. TOME; JOHN DOE (1),<br><br>       Defendants. | 21-CV-8312 (LTS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued February 22, 2022, dismissing the complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff at his address of record and at the following address: Kervin Jeanty, #2021-01460, Orange County Jail, 100 Wells Farm Road, Goshen, NY 10024, and note service on the docket. SO ORDERED.

Dated: February 22, 2022
    New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               Chief United States District Judge